FILED
CLERK, U.S. DISTRICT COURT
3/5/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2024 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00139-MWF |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [18 U.S.C. § 1361: Depredation Against Federal Property] |
| PAULA SOFIA AYALA, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 1361]

On or about February 12, 2024, in Los Angeles County, within the Central District of California, defendant PAULA SOFIA AYALA, willfully and by means of spray painting, injured and committed a depredation against property of the United States and of any department and agency thereof, namely, the Los Angeles National

//
//
//

Cemetery, belonging to the Department of Veterans Affairs, thereby causing damage to such property in excess of $1,000.

                                              A TRUE BILL

                                              /s/
                                              Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

K. AFIA BONDERO
Assistant United States Attorney
General Crimes Section